# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| JONATHAN BARBER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APEX WELL SERVICING USA INC.,<br><br>Defendant. | **ORDER**<br><br>Case No. 1:25-cv-247 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on August 3, 2026, at 10:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 14th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court